IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. : Case No. 3:19cr113

SIFU T. DAVIS, : JUDGE WALTER H. RICE

    Defendant. :

---

PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 8/23/2019 |
| Jury Trial Date | Monday, 10/28/2019 |
| Final Pretrial Conference (by telephone) | Monday, 10/21/2019 at 5:00 pm |
| Motion Filing Deadline | |
|   Oral and Evidentiary Motions | 9/28/2019 |
|   Other Motions | 10/11/2019 |
| Discovery Cut-off | 10/14/2019 |
| Speedy Trial Deadline | 10/30/2019 |

August 26, 2019

                                          WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE