IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| Plaintiff | : | Case No. | 3:19-cr-113 (1) |
| vs. | : | HONORABLE WALTER H. RICE | |
| Davis, Sifu | : | | |
| Defendant | : | | |

### ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on November 27, 2019 and amends the following condition:

1. *Participate in a location restriction program and abide by all requirements of the program (home incarceration).*

The amended condition will be ordered as follows:

1. *Participate in a location restriction program and abide by all requirements of the program (curfew) (8am to 6pm daily).*

All other bond conditions remain in full force and effect.

Date: 04/03/2020

/s/ Walter H. Rice (tp - per Judge Rice authorization)
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE