IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SIFU DAVIS,

    Defendant.

Case No. 3:19cr113

JUDGE WALTER H. RICE

DECISION AND ENTRY REVOKING DEFENDANT'S BOND AND REMANDING HIM TO THE CUSTODY OF THE UNITED STATES MARSHALS TO AWAIT SENTENCING; *NUNC PRO TUNC* NOVEMBER 10, 2020

On November 10, 2020, the Defendant appeared in open Court, by way of a video conference, and admitted to allegations set forth against him in a Petition directing him to show cause why his bond, set and met April 3, 2020, should not be revoked.

Pursuant to the record made on the aforesaid November 10, 2020, the Defendant's bond set and met on April 3, 2020, was revoked and the Defendant remanded to the custody of the United States Marshals Service to await sentencing in the captioned cause.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

Following the above, Defendant was orally explained his right of appeal and he indicated an understanding of same.

The Defendant was ultimately sentenced by this Court to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of thirty-three (33) months (on November 13, 2020, Doc. #48).

December 8, 2020

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
US Marshals